

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-18-00485-CV

Style:  In the Interest of K.L.W., A Child

Date motion filed*:  June 12, 2018

Type of motion:  Unopposed Motion to Extend Time to File Notice of Appeal

Party filing motion:  Appellant B.B.C.'s appointed counsel, Donald M. Crane

Document to be filed:  N/A

Is appeal accelerated?  Yes (parental termination).

If motion to extend time:

  Original due date:  May 23, 2018 (Notice of appeal deadline)

  Number of extensions granted:  0  Current Due Date: June 7, 2018 (15-day grace period)

  Date Requested:  June 6, 2018

Ordered that motion is:

  ☑ Granted

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☑ Other: _____

  Appellant B.B.C.'s motion to extend the time to file the notice of appeal is **granted** because the first amended notice of appeal was filed on June 6, 2018, within the 15-day grace period and appointed counsel's motion provides a reasonable explanation for the 14-day delay. *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Judge's signature: /s/ Laura C. Higley

    ☑ Acting individually  ☐ Acting for the Court

Date: June 14, 2018